IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHEAL JOYCE                                                                                    PLAINTIFF
ADC #150227

v.                                  No. 4:19-cv-00822-JM

NEVADA COUNTY JAIL,
Jailor Team                                                                                       DEFENDANT

## ORDER

Plaintiff Micheal Joyce has filed this *pro se* 42 U.S.C. § 1983 action alleging that Defendant violated his rights at the Nevada County Jail in Prescott, Arkansas.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). In this case, venue would be proper in the Western District of Arkansas, where Defendant is located and the events giving rise to this action allegedly occurred. The Court concludes that the interests of justice are best served by transferring this case to that District. *See* 28 U.S.C. § 1406(a).

The Clerk of the Court is directed to IMMEDIATELY TRANSFER this case to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE